UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRENDA ANN MILTON** | **CIVIL ACTION** |
| **VERSUS** | **NO:   05-3732** |
| **JO ANNE B. BARNART,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION** | **SECTION: "J" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objection, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

The Court notes that it reviewed the new records that plaintiff sent after the Magistrate's Report and Recommendation was rendered. Specifically, the last entry in those records, dated December 29, 2006, states that Milton is "slightly less depressed" and "less angry." The Court finds that this new evidence does not justify a remand and does not and should not change the outcome. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Brenda Ann Milton's application for Disability Insurance Benefits and Supplemental Security Income Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 6th day of March, 2007.

UNITED STATES DISTRICT JUDGE